ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 NOV 31 Dec 1 AM 8:53
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| RANDY EUGENE COLEMAN, STAR LATOSHA YOUNG, and all other persons similarly situated, | * * * * |
| Plaintiff, | * CIVIL ACTION NO. |
| v. | * CV 315-035 * * |
| MIDDLE GEORGIA PROBATION LLC, | * * |
| Defendant. | * |

O R D E R

On November 12, 2015, this Court stayed the instant case pending the resolution of an appeal in a related case: Keen v. Judicial Alternatives of Georgia, Inc. ("JAG"), Case No. 3:15-CV-30 (S.D. Ga. Mar. 20, 2015). The Eleventh Circuit Court of Appeals issued its judgment in Keen on December 17, 2015; however, the Appellant, Philip Keen, Jr., filed a petition for writ of certiorari in the United States Supreme Court. On October 3, 2016, the Supreme Court denied the petition for writ of certiorari. The judgment of the Eleventh Circuit Court of Appeals is therefore final. Accordingly, Plaintiffs herein are directed to file a status report on the viability of their claims in light of the Keen decision by close of business on December 13, 2016.

**ORDER ENTERED** at Augusta, Georgia, this 1st day of November, 2016.
~~November~~ December

_____
UNITED STATES DISTRICT JUDGE