IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

RANDY EUGENE COLEMAN,
STAR LATOSHA YOUNG, and all
other persons similarly
situated,

   Plaintiffs,

v.          CV 315-035

MIDDLE GEORGIA PROBATION, LLC,

   Defendant.

## ORDER

On November 12, 2015, this Court stayed the instant case pending the resolution of Keen v. Judicial Alternatives of Georgia, Inc., 637 F. App'x 546 (11th Cir. 2015). After the Eleventh Circuit's ruling became final, Plaintiffs were directed to file a status report on the viability of their claims in light of Keen.

Plaintiffs filed a status report and an affidavit on December 9 & 20, 2016, respectively. Plaintiffs contend that their claims are still viable despite Keen.[1] There has been no subsequent activity in the docket of this case. Accordingly, the Court **ORDERS** counsel for the parties to appear at a status conference at 11:00 a.m., on Monday, December 18, 2017, in Courtroom II, United States Courthouse,

---

[1] Defendant has not challenged Plaintiffs' contention.

Federal Justice Center, 600 James Brown Blvd., Augusta, Georgia. Counsel should be prepared to discuss the status of this case, specifically the status of discovery; the necessity and substantive elements of a scheduling order; and the effect <u>Keen</u> and any similar relevant cases may have on this case.

**ORDER ENTERED** at Augusta, Georgia this 7th day of December, 2017.

UNITED STATES DISTRICT JUDGE