IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 JUN 22 PM 3: 23

CLERK _Burton_
SO. DIST. OF GA.

RANDY EUGENE COLEMAN,        *
STAR LATOSHA YOUNG, and all   *
other persons similarly      *
situated,                   *
                      *
      Plaintiffs,       *
                      *
      v.                *     CV 315-035
                      *
MIDDLE GEORGIA PROBATION, LLC,   *
                      *
      Defendant.       *

## O R D E R

On November 12, 2015, the instant case was stayed pending resolution of Keen v. Judicial Alternatives of Georgia, Inc., 124 F. Supp. 3d 1334 (S.D. Ga. 2015). The Eleventh Circuit has decided that case and its opinion has become final. See Keen v. Judicial Alternatives of Georgia, Inc., 637 F. App'x 546 (11th Cir. 2015). To relieve any confusion about the status of this case, the Court's stay is **HEREBY ANNULLED.**

**ORDER ENTERED** at Augusta, Georgia, this _22nd_ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE